UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIANNE REID,<br><br>       Plaintiff,<br><br>v.<br><br>TREE PARK, LLC, et. al.,<br><br>       Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-1833-JOF |

## J U D G M E N T

This action having come before the court, Honorable J. Owen Forrester, United States District Judge on defendants' Motion for Summary Judgment and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia this 9th day of October, 2012.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                     By: s/Amanda Querrard
                                                 Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   October 9, 2012
James N. Hatten
Clerk of Court

By: s/Amanda Querrard
       Deputy Clerk